1032

[No. 38904-5-II. Division Two. April 20, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ANNETTE L. RICKARDS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 08-1-00003-3, Jill M. Johanson, J., entered February 23, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, A.C.J., and Quinn-Brintnall, J.

[No. 27724-1-III. Division Three. April 20, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER JACK REID, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 07-1-00159-4, David Frazier, J., entered December 19, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Brown, J.

[No. 27883-2-III. Division Three. April 20, 2010.]

*In the Matter of the Detention of* JERRY SPICER, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 05-2-00377-1, John M. Antosz, J., entered March 18, 2009. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Brown and Korsmo, JJ.

[No. 28173-6-III. Division Three. April 20, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON T. BURNETT, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 09-1-00055-4, Donald W. Schacht, J., entered June 8, 2009. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Brown, J.